■ LENA WITKOWSKI, Appellant, v NEW YORK STATE DEPARTMENT OF MENTAL HYGIENE, Respondent.—Appeal from an order of the Court of Claims (Murray, J.), entered May 2, 1985, which granted defendant's motion to dismiss the claim.

Order affirmed, without costs, upon the opinion of Judge Edward M. Murray of the Court of Claims. Kane, J. P., Casey, Weiss, Yesawich, Jr., and Harvey, JJ., concur.